Vannetta Echternkamp, a/k/a Vannetta York, Appellee, v. Carl W. Echternkamp and Gem City Building and Loan Association, an Illinois Corporation, Appellants.

Gen. No. 10,525. (Abstract of Decision.)

Fourth District.

August 17, 1964.

Schmiedeskamp & Deege, of Quincy, for appellant, Carl W. Echternkamp; Pollock & Ennis, of Quincy, for appellee. PER CURIAM opinion. Not to be published in full.